UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUNG HUYNH, )
 )
      Plaintiff, )
   v. ) CIVIL ACTION
 ) NO. 08-40240-TSH
CITY OF WORCESTER, et al., )
 )
      Defendants. )

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE HILLMAN

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   December 16, 2009  , I held the following ADR proceeding:

      _____ SCREENING CONFERENCE       _____ EARLY NEUTRAL EVALUATION

      \_\_\_X\_\_\_ MEDIATION       _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL       _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[   ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress. The parties are to report back to the court by December 18, 2009, at which time the court will schedule a further session if appropriate.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

                                      / s / Judith Gail Dein
                                      Judith Gail Dein, U.S. Magistrate Judge
DATED: December 16, 2009              ADR Provider