UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUNG HUYNH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 08-40240-TSH |
| CITY OF WORCESTER, et al., ) | |
| ) | |
| Defendants. ) | |

# FINAL REPORT RE: REFERENCE FOR
# ALTERNATIVE DISPUTE RESOLUTION

### TO JUDGE HILLMAN

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On ____December 16, 2009____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    ___X___ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

 

 

                                             / s / Judith Gail Dein
                                      Judith Gail Dein, U.S. Magistrate Judge
DATED: December 29, 2009                ADR Provider