# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

TRUNG HUYNH
        Plaintiff

V.

CITY OF WORCESTER, et al
        Defendants

CIVIL ACTION

NO.  08-40240-TSH

## SETTLEMENT ORDER OF DISMISSAL

HILLMAN, MJ

The Court having been advised on   December 29, 2009   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

January 4, 2010                  /s/ Lisa Belpedio
Date                                       Deputy Clerk

(Huynh v Worcester City 30 day Dismissal Settlement.wpd - 12/98)
[stlmtodism.]